

# Carabba
LAW FIRM P.C.

November 26, 2013

<u>VIA ECF</u>

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>Oates v. Bank Hapaolim et al.</u>; 13 Civ. 4274 (ALC)(RLE)

Dear Judge Ellis:

    We represent Plaintiff in the above-referenced matter and, on behalf of all parties, are pleased to report that our recent mediation was successful and matter has been resolved. The parties are now finalizing the settlement documentation and a stipulation of dismissal with prejudice is expected to be filed shortly. Please note that there is a telephone conference in this matter scheduled for December 2, 2013. Given that the action is resolved, the parties offer that the conference may be cancelled.

    Thank you for your consideration.

                          Respectfully submitted,
                          CARABBA LAW FIRM P.C.

                          By:  _____
                               Anthony Carabba, Jr.

cc:    Robert S. Schwartz, Esq. (*via* electronic mail)
        Counsel for Defendants